IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LENARD HARRIS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV410-047
 )
AL ST. LAWRENCE and CHILD SUPPORT )
ENFORCEMENT CHATHAM COUNTY, )
 )
    Defendants. )
 )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** and Plaintiff is **ENJOINED** from further in forma pauperis filings. The Clerk of Court is **DIRECTED** to create a miscellaneous civil case file. The Magistrate Judge's Report and Recommendation and all subsequent filings by Plaintiff shall be docketed in the miscellaneous case file for further review. The Clerk of Court is **DIRECTED** to **close this case**

SO ORDERED this 9th day of June 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA